Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 50057 | **DATE** | 3/19/2002 |
| **CASE TITLE** | | U.S.A. vs. STRANG | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   For the reasons stated on the reverse Memorandum Opinion and Order, defendant's motion to proceed in forma pauperis is denied as no § 2255 motion is pending. Motion for free transcript denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| X | Notices mailed by judge's staff. | MAR 19 2002 date docketed | 67 |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 3-19-02 date mailed notice | |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# ORDER

Harold Strang, a federal prisoner in custody pursuant to his conviction and sentence for a violation of 21 U.S.C. § 846, has filed pro se a motion for leave to proceed in forma pauperis stating he has constitutional issues to bring in a motion under 28 U.S.C. § 2255, but has not specified those issues. Instead, he asks for a transcript of the proceedings so that he may determine such issues to present. Transcripts are not yet prepared, and Strang has not demonstrated that any potential § 2255 motion is not frivolous and that the transcript is needed to decide any constitutional issue in order for this court to certify a free transcript is necessary pursuant to 28 U.S.C. § 753. See United States v. MacCollom, 426 U.S. 317 (1976).